MONTGOMERY Y. PAEK, ESQ., Bar # 10176
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: MPaek@littler.com
Email: KStegall@littler.com

Attorneys for Defendants
LAS VEGAS REVIEW-JOURNAL, INC.;
GATEHOUSE MEDIA, LLC; and
STEPHENS MEDIA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RINA K. P. BOBILES,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA, LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X, inclusive,<br><br>            Defendants. | Case No.<br><br>(District Court Case No. A-18-782066-C)<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1367, 1441(A) AND (C), AND 1446 (FEDERAL QUESTION)** |

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that Defendants LAS VEGAS REVIEW-JOURNAL, INC. ("Las Vegas Review-Journal"), GATEHOUSE MEDIA, LLC ("GateHouse Media"), and STEPHENS MEDIA, LLC ("Stephens Media") (collectively "Defendants") hereby remove the above-entitled action from the District Court of the State of Nevada, Clark County, to the United States District Court for the District of Nevada on the grounds that this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1367, and this action is one that may be removed to this Court by Defendants

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

FIRMWIDE:162116942.1 023402.1000

pursuant to 28 U.S.C. § 1441(a) and (c), and § 1446. This removal is based upon federal question jurisdiction and is timely.

In support of this Notice of Removal of Civil Action, Defendants state as follows:

1. On or about October 2, 2018, Plaintiff Rina K. Bobiles ("Plaintiff") filed a Complaint in the District Court of Nevada, Clark County, entitled *Rina K. P. Bobiles v. Las Vegas Review-Journal, Inc., dba*, Case No. A-18-782066-C (Department 13). This case was assigned to the Honorable Mark Denton. A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

2. Las Vegas Review-Journal and GateHouse Media accepted service of a copy of the summons on January 29, 2019, and Stephens Media accepted service of a copy of the summons on January 31, 2019. A true and correct copy of the Summons and Affidavit of Service reflecting service upon Las Vegas Review-Journal are attached as **Exhibit B**.

3. Accordingly, Defendants have filed this Notice of Removal within thirty (30) days after receipt of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b).

4. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 and removal jurisdiction under 28 U.S.C. § 1441(a) in that the First Cause of Action alleges that Defendants violated Plaintiff's rights under the Fair Labor Standards Act ("FLSA"). Such a claim arises under federal law and, thus, is subject to federal jurisdiction pursuant to 28 U.S.C. § 1331. Further, 29 U.S.C. § 216(b) of the FLSA specifically provides that an FLSA claim may be brought in Federal Court. Pursuant to 28 U.S.C. § 1367, any other claims Plaintiff alleges are within this Court's supplemental jurisdiction as they form part of the same case or controversy giving rise to Plaintiff's FLSA claim.

5. Accordingly, this action is a civil action for which this Court has original jurisdiction under 28 U.S.C. § 1331, which provides that United States district courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Moreover, because Plaintiff is asserting federal law claims, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 (a) and (c). This Court also has jurisdiction of any

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162116942.1 023402.1000

separate and independent claims as provided in 28 U.S.C. § 1441(c).

6. Venue is proper in this Court as this is the Court for the district and division embracing the place where the action is pending in state court, in accordance with 28 U.S.C. § 108 and 1441(a).

7. This Court has supplemental jurisdiction over any remaining state law claims pursuant to 28 U.S.C. §1367.

8. Defendants consent to the removal action.

9. The Notice to the Adverse Parties of Removal to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d).

10. The Notice to State Court of Removal of Civil Action to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d).

Dated:  February 15, 2019

                                     Respectfully submitted,

MONTGOMERY Y. PAEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
LAS VEGAS REVIEW-JOURNAL, INC.;
GATEHOUSE MEDIA, LLC; and STEPHENS MEDIA, LLC

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162116942.1 023402.1000

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On February 15, 2019 I served the within document(s):

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1367, 1441(A) AND (C), AND 1446 (FEDERAL QUESTION)**

☒  By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Melanie A. Hill, Esq.
MELANIE HILL LAW PLLC
520 S. 7th Street, Suite A
Las Vegas, NV 89101

Attorney for Plaintiff
Rina K. P. Bobiles

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2019 at Las Vegas, Nevada.

*/s/ Samantha Catelo*
Samantha Catelo

4.

FIRMWIDE:162116942.1 023402.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800