MONTGOMERY Y. PAEK, ESQ., Bar # 10176
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: MPaek@littler.com
Email: KStegall@littler.com

Attorneys for Defendants
LAS VEGAS REVIEW-JOURNAL, INC.;
GATEHOUSE MEDIA, LLC; and
STEPHENS MEDIA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RINA K. P. BOBILES,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA, LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-00287-JAD-GWF<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]**    ECF No. 3 |

Plaintiff RINA K. P. BOBILES ("Plaintiff"), by and through her attorney of record, Melanie A. Hill, Esq., and Defendants LAS VEGAS REVIEW-JOURNAL, INC. ("Las Vegas Review-Journal"), GATEHOUSE MEDIA, LLC ("GateHouse Media"), and STEPHENS MEDIA, LLC ("Stephens Media") (collectively "Defendants"), by and through their attorney of record, Littler Mendelson, hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of February 22, 2019, up to and including **April 22, 2019.** This extension is necessary for the parties to explore possible early resolution in settlement

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162371381.1 101315.1001

discussions and to avoid incurring unnecessary legal fees.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| Dated: February 22, 2019 | Dated: February 22, 2019 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Melanie A. Hill, Esq.* | /s/ *Montgomery Y. Paek, Esq.* |
| MELANIE A. HILL, ESQ.<br>MELANIE HILL LAW PLLC | MONTGOMERY Y. PAEK, ESQ.<br>KELSEY E. STEGALL, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiff<br>RINA K. P. BOBILES | Attorneys for Defendants<br>LAS VEGAS REVIEW-JOURNAL, INC.;<br>GATEHOUSE MEDIA, LLC; and<br>STEPHENS MEDIA, LLC |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2019, nunc pro tunc to February 22, 2019

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162371381.1 101315.1001