MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:   (702) 362-8500
Fax:   (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Rina K. P. Bobiles*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RINA K. P. BOBILES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00287-JAD-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' MOTION TO DISMISS PLAINITFF'S COMPLAINT WITH PREJUDICE [ECF No. 8] AND ALLOW PLAINITFF TO FILE AMENDED COMPLAINT**<br><br>ECF Nos. 8, 12 |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendant, Montgomery Y. Paek, Esq. and Kelsey E. Stegall, Esq. of the law firm of Littler Mendelson, P.C., that Defendants' Motion to Dismiss Plaintiff's Complaint with Prejudice [ECF. No. 8] ("the Motion") shall be WITHDRAWN without prejudice to allow Plaintiff to file an amended complaint. Upon withdrawal of the Motion to Dismiss, the parties further stipulate that Plaintiff shall have three weeks to file an amended complaint. The parties make these requests to allow Plaintiff to address the arguments raised in

the Motion without the need to litigate the issues that the parties can resolve informally or by amendment of the complaint.

The requested relief is not for purposes of delay, but to avoid unnecessary litigation or the wasting of resources and expense on issues that can be resolved between the parties informally or through amendment of the complaint.

IT IS FURTHER STIPULATED that Defendants' Motion to Dismiss Plaintiff's Complaint with Prejudice [ECF. No. 8] ("the Motion") shall be WITHDRAWN without prejudice.

IT IS FURTHER STIPULATED that the deadline for Plaintiff to file an amended complaint shall be May 29, 2019.

DATED this 7th day of May, 2018.

| MELANIE HILL LAW PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| By: /s/ Melanie A. Hill <br> Melanie A. Hill, Esq. <br> NV Bar No. 8796 <br> 520 S. 7th Street <br> Suite A <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 362-8500 <br> Facsimile: (702) 362-8505 <br> Melanie@MelanieHillLaw.com <br> Attorneys for Plaintiff | By: /s/ Kelsey E. Stegall <br> Kelsey E. Stegall, Esq. <br> NV Bar No. 14279 <br> 3960 Howard Hughes Parkway <br> Suite 300 <br> Las Vegas, Nevada 89169-5937 <br> Telephone: (702) 862-8800 <br> Facsimile: (702) 862-8811 <br> KStegall@littler.com <br> Attorneys for Defendants |

**IT IS SO ORDERED.**

Dated this __8th__ day of May, 2019.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE