MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:   (702) 362-8500
Fax:   (702) 362-8505
Email:  Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Rina K. P. Bobiles*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RINA K. P. BOBILES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00287-JAD-GWF<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>ECF No. 14 |

NOW COMES the Plaintiff, RINA K. P. BOBILES ("Plaintiff" or "Ms. Bobiles"), by and through her attorneys, Melanie A. Hill and Melanie Hill Law PLLC, a hereby files a Motion to Extend Deadline to Amend Complaint  for one week until June 5, 2019.  This is the first request to extend the deadline to file an Amended Complaint.

Counsel for Plaintiff needs additional time to confer with the Plaintiff and was sick all week and remains ill and has been unable to finish preparing Plaintiff's Amended Complaint.

Counsel for Plaintiff thought she sent an email requesting a stipulation to extend the deadline to the end of the week, June 2, 2019, to counsel for Defendants, but upon further review realized that the email was never sent.  Counsel sent the extension request email to counsel for Defendants

tonight and will file a stipulation if the parties can come to an agreement on an extension. If a stipulation can be agreed upon and filed, Plaintiff will file the stipulation and withdraw this motion.

This deadline to amend the complaint was set pursuant to the parties agreement by stipulation and court's order thereon to allow Plaintiff to file an Amended Complaint by today, May 29, 2019, and the parties agreement that the Defendants Motion to Dismiss would be withdrawn to allow for the Amended Complaint to be filed. [ECF Nos. 12 and 13].

The parties stipulated to the withdraw of the Motion to Dismiss and allow Plaintiff to amend the complaint so that Plaintiff could address the arguments raised in the Motion to Dismiss and revise the Complaint to avoid the need to litigate the issues that the parties can resolve informally or by amendment of the complaint and streamline any further motion practice, if necessary.

This requested extension is not for purposes of delay, but to allow for the availability of counsel who is ill.

Based on the foregoing, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to file her amended complaint one week until June 5, 2019.

DATED this 29th day of May, 2019.

**MELANIE HILL LAW PLLC**

/s/ Melanie A. Hill
**MELANIE A. HILL, ESQ.**
Nevada Bar No. 8796
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel. (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Rina K. P. Bobiles*

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the motion **[ECF No. 14] is GRANTED**. Plaintiff's deadline to file her amended complaint is extended to June 5, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 30, 2019
Nunc pro tunc to May 29, 2019

– 2 –

MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT