MONTGOMERY Y. PAEK, ESQ., Bar # 10176
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
Email: MPaek@littler.com
Email: KStegall@littler.com

Attorneys for Defendants
LAS VEGAS REVIEW-JOURNAL, INC.;
GATEHOUSE MEDIA, LLC; and
STEPHENS MEDIA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RINA K. P. BOBILES,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA, LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00287-JAD-GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff RINA K. P. BOBILES ("Plaintiff"), by and through her attorney of record, Melanie A. Hill, Esq., and Defendants LAS VEGAS REVIEW-JOURNAL, INC. ("Las Vegas Review-Journal"), GATEHOUSE MEDIA, LLC ("GateHouse Media"), and STEPHENS MEDIA, LLC ("Stephens Media") (collectively "Defendants"), by and through their attorney of record, Littler Mendelson, hereby stipulate to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint from the current deadline of June 19, 2019, up to and including **August 5, 2019.** This extension is necessary for the parties to explore possible early resolution in settlement discussions

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

and to avoid incurring unnecessary legal fees.

This is the first request for an extension of time to respond to the Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 18, 2019

Respectfully submitted,

*/s/ Melanie A. Hill, Esq.*
MELANIE A. HILL, ESQ.
MELANIE HILL LAW PLLC

Attorney for Plaintiff
RINA K. P. BOBILES

Dated: June 18, 2019

Respectfully submitted,

*/s/ Kelsey E. Stegall, Esq.*
MONTGOMERY Y. PAEK, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
LAS VEGAS REVIEW-JOURNAL, INC.;
GATEHOUSE MEDIA, LLC; and
STEPHENS MEDIA, LLC

**IT IS SO ORDERED.**

**Dated this** 19th **day of June, 2019.**

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800