MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Rina K. P. Bobiles*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RINA K. P. BOBILES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00287-JAD-GWF<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS [ECF No. 19]**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendants, Kelsey E. Stegall of Littler Mendelson, P.C., that the deadline for Plaintiff to file her opposition to Defendants Motion to Dismiss [ECF. No. 19] ("the Motion") filed on July 31, 2019 be extended thirty (30) days from the current deadline of August 19, 2019 to September 18, 2019 and the Defendants deadline to file their reply be extended thirty (30) days to October 18, 2019 to allow the parties to attempt to resolve the issues raised in the Motion in an effort to narrow any issues to be resolved by the Court and to further discuss possible mediation in this case.

/ / /

STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS

The requested relief is not for purposes of delay, but to avoid unnecessary litigation or the wasting of resources and expense on issues that can be resolved between the parties informally.

DATED this 16th day of August, 2018.

MELANIE HILL LAW PLLC                    LITTLER MENDELSON, P.C.

By:   /s/ Melanie A. Hill                         By:   /s/ Kelsey E. Stegall
      Melanie A. Hill, Esq.                              Kelsey E. Stegall, Esq.
      NV Bar No. 8796                                    NV Bar No. 14279
      520 S. 7th Street                                  3960 Howard Hughes Parkway
      Suite A                                            Suite 300
      Las Vegas, Nevada 89101                            Las Vegas, Nevada 89169-5937
      Telephone:  (702) 362-8500                         Telephone: (702) 862-8800
      Facsimile:   (702) 362-8505                        Facsimile:  (702) 862-8811
      Melanie@MelanieHillLaw.com                         KStegall@littler.com
      Attorneys for Plaintiff                            Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: August 19  2019.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS