MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Rina K. P. Bobiles*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RINA K. P. BOBILES, an individual and resident of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS REVIEW-JOURNAL, INC., a Delaware Corporation, GATEHOUSE MEDIA LLC, a Delaware Corporation, STEPHENS MEDIA, LLC, a Nevada Limited Liability Company, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00287-JAD-GWF<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' DEADLINE TO REPLY [ECF No. 19]**<br><br>(Second Request) |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendants, Kelsey E. Stegall of Littler Mendelson, P.C., that the deadline for Plaintiff to file her opposition to Defendants Motion to Dismiss [ECF No. 19] ("the Motion") filed on July 31, 2019 be extended two (2) days from the current deadline of September 18, 2019 to September 20, 2019 and the Defendants' deadline to file their reply be extended one (1) day to October 21, 2019 to allow for the availability of counsel.

One of Plaintiff's counsel's deadlines to file an opposition to motion to dismiss in another of her federal cases was continued from September 13, 2019 to September 17, 2019 due to co-counsel's emergency that necessitated needed an extension. Counsel in this case had to spend the

weekend and earlier this week opposing that motion to dismiss that took her time away from completing the opposition in this case. To accommodate Plaintiff's counsel's scheduling, the parties have agreed to extend Plaintiff's deadline to oppose Defendants' opposition to the Motion to Dismiss in this case to Friday, September 20, 2019 at 4:00 p.m. The parties have further agreed to continue Plaintiff's Reply deadline from October 18, 2019 to October 21, 2019.

The requested relief is not for purposes of delay, but to allow for the availability of counsel and scheduling conflicts.

DATED this 18th day of September, 2019.

MELANIE HILL LAW PLLC

By: /s/ Melanie A. Hill
Melanie A. Hill, Esq.
NV Bar No. 8796
520 S. 7th Street
Suite A
Las Vegas, Nevada 89101
Telephone: (702) 362-8500
Facsimile: (702) 362-8505
Melanie@MelanieHillLaw.com
Attorneys for Plaintiff

LITTLER MENDELSON, P.C.

By: /s/ Kelsey E. Stegall
Kelsey E. Stegall, Esq.
NV Bar No. 14279
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169-5937
Telephone: (702) 862-8800
Facsimile: (702) 862-8811
KStegall@littler.com
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: September 19, 2019.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE